# CHRISTOPHER J. BOWES, ESQ.
## 54 Cobblestone Drive
## Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

November 18, 2019

Via ECF
Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: November 18, 2019

Re:   Caridad Hichez v. Saul
      19 Civ. 5493 (ER)

Dear Judge Ramos:

    I am joining Mr. Kuznicki as co-counsel for the plaintiff in the above-captioned case. I write to request an extension of time in which to file plaintiff's Motion for Judgment on the Pleadings. Plaintiff's papers are due to be filed today. This is plaintiff's first request for an extension of time.

    Due to workload considerations, we are behind schedule in preparing Mr. Caridad Hichez's case and cannot complete our preparation today. We regret that we need to seek additional time to prepare these papers. With the kind consent of opposing counsel, Emily Fishman, Esq, I request the following revised schedule:

| | |
|---|---|
| December 18, 2019 | Plaintiff's Motion for Judgment on the Pleadings |
| February 17, 2020 | Defendant's Opposition. Cross-Motion for Judgment on the Pleadings |
| March 10, 2020 | Plaintiff's Reply Brief |
| March 30, 2020 | Defendant's Reply Brief |

  Thank you for Your Honor's attention to this matter.

Very truly yours,

/s/ Christopher J. Bowes
Christopher J. Bowes, Esq

cc:   AUSA Emily Fishman
      Assistant Regional Counsel
      SSA/Office of the General Counsel – Region II
      26 Federal Plaza, Room 3904
      New York, NY 10278
      Attorney for Defendant

      David Kuznicki, Esq.
      Attorney for plaintiff

The application is _X_ granted
                      ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: November 18, 2019
New York, New York