CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2020
```

February 6, 2020

**MEMO ENDORSED**

Via ECF
Hon. Barbara C. Moses
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Caridad Hichez v. Saul
19 Civ. 5493 (ER)

Dear Judge Moses:

    I am writing to request an extension of time, <u>nunc pro tunc</u>, to complete plaintiff's papers in the above-captioned case. Plaintiff's papers were due to be filed last week, on January 30, 2020. This is plaintiff's third request for an extension of time.

    I am extremely sorry and regretful to have missed this deadline a second time. I am overloaded with my work schedule as I try to tackle a considerable backlog that developed in December following my father's death. I apologize to the Court and opposing counsel for these delays. With the kind consent of opposing counsel, Emily Fishman, Esq, I request the following revised schedule:

| Date | Filing |
|---|---|
| February 7, 2020 | Plaintiff's Motion for Judgment on the Pleadings |
| April 7, 2020 | Defendant's Cross-Motion for Judgment on the Pleadings |
| April 21, 2020 | Plaintiff's Reply Brief |
| May 12, 2020 | Defendant's Reply Brief |

  Thank you for Your Honor's attention to this matter.

Very truly yours,

/s/ Christopher J. Bowes
Christopher J. Bowes, Esq

cc: AUSA Emily Fishman
SSA/Office of the General Counsel – Region II
26 Federal Plaza, Room 3904
New York, NY 10278
Attorney for Defendant

David Kuznicki, Esq.
Attorney for plaintiff

Application GRANTED. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
February 7, 2020