CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2020

February 10, 2020

**MEMO ENDORSED**

Via ECF
Hon. Barbara C. Moses
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Caridad Hichez v. Saul
19 Civ. 5493 (MKV)(BCM)

Dear Judge Moses:

    I am writing to request an extension of time, <u>nunc pro tunc</u>, to complete plaintiff's papers in the above-captioned case. Plaintiff's papers were due to be filed on Friday, February 7, 2020. They were filed on February 8, 2020.

    I unfortunately continue to have a considerable workload and I was not able to complete plaintiff's papers on Friday and did not file until Saturday, February 8, 2020. I regret my repeated delays in this case and I apologize to the Court and opposing counsel for the disruption to your respective schedules. With the kind consent of opposing counsel, Emily Fishman, Esq, I request the following revised schedule:

| | |
|---|---|
| February 8, 2020 | Plaintiff's Motion for Judgment on the Pleadings |
| April 8, 2020 | Defendant's Cross-Motion for Judgment on the Pleadings |
| April 22, 2020 | Plaintiff's Reply Brief |
| May 13, 2020 | Defendant's Reply Brief |

Thank you for Your Honor's attention to this matter.

Very truly yours,

*/s/ Christopher J. Bowes*
Christopher J. Bowes, Esq

cc: AUSA Emily Fishman
SSA/Office of the General Counsel – Region II
26 Federal Plaza, Room 3904
New York, NY 10278
Attorney for Defendant

David Kuznicki, Esq.
Attorney for plaintiff

Application GRANTED. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
February 10, 2020